IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE GOINS

                                                        PETITIONER

v.                Case No. 5:12CV00452 JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction

                                                        RESPONDENT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 24th day of January, 2013.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE