IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE GOINS                                                                                        PETITIONER

v.                            Case No. 5:12CV00452 JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice. All pending motions are denied.

SO ADJUDGED this 24th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

Case 5:12-cv-00452-JMM   Document 6   Filed 01/24/13   Page 2 of 2