IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSE GOINS                                                                              PETITIONER

v.                          Case No. 5:12CV00452 JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice. All pending motions are denied.

SO ADJUDGED this 24th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE